DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICTOR ARVELO, JR.,**
Appellant,

v.

**CITY OF RIVIERA BEACH,**
Appellee.

No. 4D17-1599

[March 22, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Thomas H. Barkdull, III, Judge; L.T. Case No. 2016CA004342XXXXMB.

Brett Rogers and Keith E. Hope of Lawrence J. Bohannon, P.A., Fort Lauderdale, for appellant.

Benjamin L. Bedard and Stephanie W. Kaufer of Roberts, Reynolds, Bedard & Tuzzio, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and ROBERTS, KATHLEEN, Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***